FILED

DEC 2 0 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5 : 23 CR 00652 |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| XAVIER WALKIN, | ) | Section 1709 |
| | ) | JUDGE FLEMING |
| Defendant. | ) | |

COUNT 1
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The Grand Jury charges:

From in or around January 2022 through on or about February 17, 2023, in the Northern District of Ohio, Eastern Division, Defendant, XAVIER WALKIN, a United States Postal Service employee, did embezzle, steal, abstract, and remove gift cards, receipts, and other items from a letter, package, or mail or any article or thing contained therein which had been entrusted to Defendant or which had come into Defendant's possession intended to be conveyed by mail or carried or delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, in violation of Title 18, United States Code, Section 1709.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.